BRENOCH WIRTHLIN, ESQ.  (NV SBN 10282)
**HUTCHISON & STEFFEN, PLLC**
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
Email:  bwirthlin@hutchlegal.com
*Attorneys for Breckenridge Property Fund 2016, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>   SHONNIE DEE HAMLETT<br>          Debtor. | Bankruptcy Case No. 22-11467-abl<br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND<br> REQUEST FOR SPECIAL NOTICE** |

Brenoch R. Wirthlin of Hutchison & Steffen, attorney for Breckenridge Property Fund 2016, LLC ("Breckenridge") , hereby appears as counsel of record and requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all noticed, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings.  All notices and copies in response to the foregoing and pursuant to Bankruptcy Rule 2002(g) and all notices required to be mailed to Breckenridge Property Fund 2016, LLC pursuant to Bankruptcy Rule 2002 should be sent to the following:

Brenoch R. Wirthlin (10282)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
Email:  bwirthlin@hutchlegal.com
Email:  jlinder@hutchlegal.com
Email:  dkelley@hutchlegal.com
*Attorneys for Breckenridge Property Fund 2016, LLC*

Dated this 10th day of May, 2022.

**HUTCHISON & STEFFEN, PLLC**

By ___*/s/ Brenoch Wirthlin*___
Brenoch Wirthlin, Esq. (NV Bar No. 10282)
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
*Attorneys for Breckenridge Property Fund 2016, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, and that on the 10th day of May, 2022, I caused to be served a true and correct copy of **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** in the following manner:

(ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

*/s/Danielle Kelley*
An Employee of Hutchison & Steffen

- 2 -